FILED
U.S. District Court
District of Kansas
01/26/2026
Clerk, U.S. District Court
By: NAC Deputy Clerk

☐ UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

Victoria C. Holloman
Physical Address: 5605 Paloma Ave
Kansas City, MO 64128

Mailing Address for Court Proceedings:
1704 E 38th Street
Kansas City, MO 64109

Plaintiff,

v.

Radius Global Solutions, LLC
11210 Thompson Avenue
Lenexa, Kansas 66219
Phone: (913) 312-7211
Fax: (913) 312-3334
Alternate Phone: 603-890-4034

Defendant.

Case No.:
(Judge assigned after filing)     **2:26-cv-02047-JWB-TJJ**

COMPLAINT
(Plaintiff Does Not Request a Jury Trial)

---

1. INTRODUCTION

1. Plaintiff Victoria C. Holloman brings this civil action against Radius Global Solutions, LLC ("Radius") for discrimination, retaliation, constitutional violations, and multiple torts arising from her employment and the events occurring between approximately May 27, 2025 and June 26, 2024.
2. Plaintiff seeks damages for unlawful conduct that harmed her livelihood, housing, stability, mental well-being, and protected civil rights.

---

2. JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claims under federal civil rights laws.
4. This Court has supplemental jurisdiction over Plaintiff's state-law tort claims under 28 U.S.C. § 1367.
5. Venue is proper in the District of Kansas under 28 U.S.C. § 1391 because Defendant conducts business in Lenexa, Kansas and the events giving rise to this action occurred in this District.

---

3. PARTIES

Plaintiff
6. Plaintiff Victoria C. Holloman is a natural person residing in Kansas City, Missouri.
7. Plaintiff worked remotely for Radius Global Solutions in a stay-at-home position.

Defendant
8. Defendant Radius Global Solutions, LLC is located at 11210 Thompson Avenue, Lenexa, Kansas 66219.
9. Radius is an employer within the meaning of federal civil rights statutes and conducts business in Kansas.

---

4. FACTUAL ALLEGATIONS

10. Between approximately May 27, 2025 and June 13, 2025, Plaintiff created a YouTube account where she spoke about her love for God and support for the new administration.
11. Plaintiff never discussed these topics at work.
12. Plaintiff believes her videos were located, shared, or used to defame her, leading to discrimination on the job.
13. Plaintiff was forced into conversations about gay pride parades, sex changes, identity issues, and LGBTQ-related topics irrelevant to her job duties.
14. Plaintiff was pressured to agree with viewpoints she did not share, despite never discussing her beliefs at work.
15. Between May 27, 2025 and June 26, 2024, Plaintiff received disproportionate and harmful treatment based on her:
   - Race (Black)
   - Sex (female)
   - Religious beliefs
   - Freedom of speech
   - Status as a single mother
   - Sexual orientation (heterosexual)
   - Prior complaints
   - Retaliation for protected activity

16. Plaintiff was scolded, yelled at, and humiliated in front of others.
17. Plaintiff experienced intentional misunderstandings despite cooperating fully.
18. Plaintiff was isolated from groups and denied access to meeting rooms available to others.
19. Plaintiff received mock calls and diversions targeting her religious beliefs and freedom of speech.
20. Plaintiff experienced invasion of privacy, including cameras and audio recording inside her home after hours or during breaks, even after logging out correctly.
21. Plaintiff was subjected to intimidation and violence through monitoring policies enforced by management.
22. Plaintiff's requests to speak with HR or obtain relief were ignored.
23. Plaintiff's computer systems were manipulated to prevent success.
24. Plaintiff was mocked by individuals in the monitoring room.
25. Plaintiff was blocked from essential apps, bonuses, and promotions.
26. Plaintiff was intentionally given incorrect information during nesting periods, contradicting training.
27. When Plaintiff asked for clarification, she was labeled a problem.
28. Plaintiff's complaints were reviewed in mockery rather than in good faith.
29. Plaintiff was denied unemployment benefits and denied due process on a second-level appeal.
30. Plaintiff lost her home because she had to file with the EEOC, KHRC, and other agencies that were hostile to her protected classes.
31. Plaintiff had made numerous complaints in the past and was retaliated against for exercising her rights.
32. Other government agencies participated in conduct that caused further harm.

33. Plaintiff lost over $5,000 in new furniture, $5,000 in older furniture, clothing, shoes, intellectual property, and entrepreneurial resources.
34. Plaintiff has been unable to rebuild her life due to continued civil rights violations, tortious conduct, defamation, and intentional harm.
35. Plaintiff alleges the amount in controversy is $75,000, representing the harm to her children, her stability, her mental health, her progress in life, her well-being, and her spiritual growth.

---

5. CLAIMS FOR RELIEF (15 COUNTS)
Each Count incorporates paragraphs 1–35.

COUNT I – Title VII: Race Discrimination

COUNT II – Title VII: Sex Discrimination

COUNT III – Title VII: Religious Discrimination

COUNT IV – Title VII: Retaliation

COUNT V – Title VII: Hostile Work Environment

COUNT VI – 42 U.S.C. § 1981 Race Discrimination

COUNT VII – First Amendment Retaliation (as applicable)

COUNT VIII – Invasion of Privacy

COUNT IX – Intentional Infliction of Emotional Distress

COUNT X – Negligence

COUNT XI – Negligent Supervision

COUNT XII – Negligent Retention

COUNT XIII – Defamation

COUNT XIV – Fraud / Misrepresentation

COUNT XV – Constructive Discharge / Wrongful Termination

---

6. DAMAGES (RELIEF REQUESTED)

Plaintiff requests:

- $75,000 in damages
- Compensation for lost housing, property, and income
- Compensation for emotional distress and mental anguish
- Compensation for reputational harm
- Injunctive relief as appropriate
- Any other relief the Court deems just and proper

---

## 7. NO JURY TRIAL REQUESTED

Plaintiff does not request a jury trial.

---

## 8. SIGNATURE BLOCK

Respectfully submitted,

/s/ Victoria C. Holloman
Victoria C. Holloman
5605 Paloma Ave
Kansas City, MO 64128

Mailing Address for Court Proceedings:
1704 E 38th Street
Kansas City, MO 64109

Phone:  816-683-5894
Email:   victoriaholloman@ymail.com

Date: 01/21/2026

---